# Court of Appeals
# of the State of Georgia

ATLANTA, May 08, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0470. SHAKKA SHANEAK JAMES v. GWINNETT COUNTY STATE COURT.

Shakka Shaneak James filed a complaint and an affidavit of indigence in Gwinnett County State Court, requesting to be relieved from paying fees and costs. After James failed to appear for a hearing, the trial court denied her request. James has now filed this timely application for discretionary appeal from the trial court's order.

Under OCGA § 9-15-2(d), a trial court's denial of indigent status is directly appealable.[1] This Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. OCGA § 5-6-35(j). Accordingly, this application is hereby GRANTED. James shall have ten days from the date of this order to file a notice of appeal in the trial court, if she has not already done so. OCGA § 5-6-35(g).

---

[1] The scope of appellate review is limited. This Court will not review a trial court's factual findings regarding indigence. *In re Estate of Woodall*, 374 Ga. App. 16, 21(2) (910 SE2d 830) (2024). We will, however, review "the procedure used by the trial court when making an indigence ruling[.]" *Williams v. DeKalb County*, 355 Ga. App. 106, 108 (842 SE2d 570) (2020);see also *Roberson v. State*, 300 Ga. 632, 635(III) (797 SE2d 104) (2017).

The clerk of the Gwinnett County State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  05/08/2026*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.